UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA 12 A 11:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | CRIMINAL NO. 08mj1749 LSP |
| vs. | ) | ORDER |
| James Michael Ray | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Gonzalez-Gonzalez
(carr: 6/4/08)

DATED: 6/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ____________

**Deputy Clerk**

Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082